# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 19-0154-KD-MU |
| VICTORIA FIRE & CASUALTY COMPANY, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2019, is **ADOPTED** as the opinion of this Court, as follows:

The Court declines to adopt Section I.

The Court adopts Section II and this action is dismissed without prejudice.

Done this the 21st day of May 2019.

               s/ Kristi K. DuBose
               KRISTI K. DuBOSE
               CHIEF UNITED STATES DISTRICT JUDGE